In the Matter of the Estate of WILLIAM GERGELY, Deceased. PAUL HOLLOS, as Ancillary Administrator with the Will Annexed of WILLIAM GERGELY, Deceased, Respondent. KUHN, LOEB & Co., Defendant. IRENE PICK, Appellant.

Submitted April 4, 1949; decided April 20, 1949.

*William F. Clare, Jr.,* and *A. Turney Savage* for motion.

*Otto C. Sommerich* and *Benjamin Busch* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.